

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00464-CV

**IN THE INTEREST OF A.R.P.** and **A.E.P.**, Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI17218
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant.

SIGNED October 23, 2024.

_____
Rebeca C. Martinez, Chief Justice